UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAFAEL SILVA, on behalf
of himself and on behalf of
all others similarly situated,          CASE NO.: 6:23-cv-00104-CEM-DCI

    Plaintiff,

v.

DOORDASH, INC.,

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, DOORDASH, INC., makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   None

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members

Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    - Rafael Silva, Plaintiff
    - DoorDash, Inc., Defendant
    - Jessica T. Travers, counsel for Defendant
    - Natalie J. Storch, counsel for Defendant
    - Littler Mendelson, P.C., Counsel for Defendant
    - Brandon Hill, Counsel for Plaintiff
    - Luis A. Cabassa, Counsel for Plaintiff
    - Amanda E. Heystek, Counsel for Plaintiff
    - Wenzel Fenton Cabassa, P.A., Counsel for Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    - DoorDash, Inc.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None known, other than those listed above.

6. Identify each person arguably eligible for restitution:

    - Plaintiff Rafael Silva
    - Defendant DoorDash, Inc.

---

must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 29, 2023.

Respectfully submitted,

*/s/ Natalie J. Storch*

Jessica T. Travers
Florida Bar No.: 18129
jtravers@littler.com
Natalie J. Storch
Florida Bar No. 269920
Email: njstorch@littler.com

LITTLER MENDELSON P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL  32801.2366
Telephone:	407.393.2950
Facsimile:	407.393.2929
Fax:		305.603-2552

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 29th day of March 2023, a copy of the foregoing was filed using CM/ECF and served on all counsel of record.

*/s/ Natalie J. Storch*
Natalie J. Storch

4891-6783-7772.1 / 084516-1189