UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAFAEL SILVA, on behalf
of himself and on behalf of
all others similarly situated,**

    **Plaintiff,**

v.                                    Case No.:  6:23-cv-0104-CEM-CDI

**DOORDASH, INC.,**

    **Defendant.**
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO COMPEL ARBITRATION**

After carefully reviewing the arguments and authorities included as part of Defendant's Motion to Compel Arbitration (*see* Doc. 13), Named Plaintiff Rafael Silva no longer opposes Defendant's Motion to Compel Arbitration.  Consistent with Defendant's request, Plaintiff respectfully asks that this Honorable Court Order this matter to individual arbitration and stay this case pending completion of the arbitration proceedings.

Dated this 24th day of April, 2023.

                                                Respectfully submitted,

                                                /s/Brandon J. Hill
                                                **BRANDON J. HILL**
                                                Florida Bar Number: 37061
                                                Direct No.: 813-337-7992
                                                **WENZEL FENTON CABASSA, P.A.**
                                                1110 North Florida Avenue, Suite 300
                                                Tampa, Florida 33602

Main No.: 813-224-0431  
Facsimile: 813-229-8712  
Email: bhill@wfclaw.com  
Email: gdesane@wfclaw.com  
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to Defendant's counsel of record.

*/s/Brandon J. Hill*  
**BRANDON J. HILL**